IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jose Luis Buenrostro, | ) | No. CV-08-00636-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| M. Sahota, et al., | ) | |
| Defendants. | ) | |

Plaintiff seeks leave to amend his complaint. (Doc. 19). Plaintiff is attempting to add claims previously dismissed by the Court during its screening of the complaint. Despite minor changes to his claims, the claims Plaintiff wishes to add fail for the reasons outlined in the Court's numerous orders. The motion to amend will be denied.

Accordingly,

**IT IS ORDERED** the Motion to Amend (Doc. 19) is **DENIED**.

DATED this 19th day of November, 2010.

_____
Roslyn O. Silver
United States District Judge