IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Buenrostro,<br><br>    Plaintiff,<br><br>vs.<br><br>M. Sahota, et al.,<br><br>    Defendants. | No. CV-08-636-ROS<br><br>**ORDER** |

　　　　This case is ready for trial. The Court will set the date for trial and the date for a status conference. At the status conference, the parties should be prepared to discuss the following: 1) whether Plaintiff's witnesses should appear in-person or through alternative means; 2) whether the parties are willing to stipulate to this trial occurring in Sacramento; and 3) how Plaintiff will provide the witness fees for his witnesses.

　　　　Accordingly,

　　　　**IT IS ORDERED** a jury trial is set for June 26, 2012 at 9:00 a.m.

　　　　**IT IS FURTHER ORDERED** a status conference is set for April 26, 2012 at 2:00 p.m Arizona time. Defense counsel shall arrange a conference call with Plaintiff and then call 602-322-7520 five minutes prior to the hearing.

1  **IT IS FURTHER ORDERED** no later than April 2, 2012 the parties shall file their
2 motions in limine. Responses shall be filed no later than April 16, 2012. No replies are allowed.
3  **IT IS FURTHER ORDERED** no later than April 16, 2012 the parties shall file a
4 stipulated proposed statement of the case to be read to the jurors at the start of the case, a set
5 of joint proposed jury instructions, proposed voir dire questions, and a joint verdict form.
6  **IT IS FURTHER ORDERED** the joint proposed jury instructions shall consist of:
7 a *joint* set of proposed jury instructions where the parties' instructions agree, a separate set
8 of instructions (one for each party) where the parties do not agree, and legal authority
9 supporting all proposed instructions whether the parties agree or not.
10  DATED this 7th day of March, 2012.

_____
Roslyn O. Silver
Chief United States District Judge