1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    Jose Luis Buenrostro,                    )        No. CV-08-636-ROS
                                              )
10              Plaintiff,                     )        **ORDER**
                                              )
11   vs.                                       )
                                              )
12                                             )
     M. Sahota, et al.,                        )
13                                             )
                Defendants.                    )
14                                             )
                                              )
15   _____)

16

17          The parties have stipulated to an extension of time.  Good cause appearing,

18          **IT IS ORDERED** the Stipulation (Doc. 89) is **APPROVED**.  The parties shall file

     their Joint Proposed Pretrial Order and the statement regarding inmate witnesses no later than
19
     August 24, 2012.
20
            DATED this 14th day of August, 2012.
21

22

23   _____
                              Roslyn O. Silver
24                      Chief United States District Judge

25

26

27

28