1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  Jose Luis Buenrostro,                )     No. CV-08-00636-ROS
                                         )
10           Plaintiff,                   )     **ORDER**
                                         )
11  vs.                                   )
                                         )
12  M. Sahota, et al.,                    )
                                         )
13           Defendants.                  )
   _____)

14

15          Based on the Court's calendar, the trial in this matter will be reset for March 12, 2013.

16  The only witnesses Plaintiff plans on calling are Inmates Quiroz, Lund, and Wheeler.

17  Defendants have indicated Inmate Quiroz and Inmate Lund will be able to testify by

18  telephone.  Inmate Wheeler, however, will no longer be in custody when the trial occurs.  If

19  Plaintiff still wishes to have Inmate Wheeler testify at trial, Plaintiff must arrange for his

20  appearance.

21          Accordingly,

22          **IT IS ORDERED** the trial set for September 17, 2012 is reset for March 12, 2013 in

23  Fresno, California.  A final pretrial conference will be held at 9:00 on March 12, 2013 prior

24  to jury selection.

25          DATED this 30th day of August, 2012.

26

27                                    _____
                                            Roslyn O. Silver
28                                    Chief United States District Judge