IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jose Luis Buenrostro,

    Plaintiff,                 No. CV-08-00636-ROS

    vs.                       **ORDER**

M. Sahota, et al.,

    Defendants.

    Plaintiff is a federal prisoner proceeding pro se pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999 (1971). The court finds that appointment of counsel for plaintiff is warranted. Jesse Whitten has been selected from the court's pro bono attorney panel to represent plaintiff, and he has accepted the appointment.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Jesse Whitten is appointed as counsel in the above-entitled matter for the limited purpose of preparing for and presenting the case at trial.

    2. Jesse Whitten shall notify Sujean Park at 916-930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

    3. This matter is set to proceed for a two-day trial commencing March 12, 2013 at 9:00 a.m. before the undersigned in the Robert E. Coyle Federal Courthouse in Fresno.

1    4. The Clerk of the Court is directed to serve a copy of this order upon Jesse

2 Whitten, Law Offices of Jesse Whitten, 1712 19th Street, Bakersfield, California 93301.

3    DATED this 1st day of February, 2013.

_____
Roslyn O. Silver
Chief United States District Judge