IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Buenrostro, | No. CV-08-00636-ROS (PC) |
| Plaintiff, | **ORDER** |
| vs. | |
| M. Sahota, et al., | |
| Defendants. | |

This case is set for trial on March 12, 2013. The Court will set a telephonic status hearing for March 6, 2013. In advance of that hearing, the parties will be directed to file a *joint* status report containing the following information: 1) whether defense counsel has arranged for Rafael Quiroz and Phil M. Lund to testify via phone; 2) whether the parties have now reached agreement regarding the jury instructions and verdict form; 3) whether there are any disputes regarding exhibits to be used at trial; 4) a proposed schedule for the trial, including the time allotted for openings and closings as well as a complete list of the witnesses to be called and the anticipated length of each witness's testimony; and 5) whether there are any other matters the Court should consider prior to the first day of trial.

Accordingly,

**IT IS ORDERED** no later than March 5, 2013 the parties shall file a joint status report containing the information outlined above.

**IT IS FURTHER ORDERED** a telephonic status hearing is set for **March 6, 2013 at 3:00 p.m.** Arizona time.  Plaintiff's counsel shall initiate a conference call with Plaintiff and Defendants' counsel, then call chambers at 602-322-7520 not later than 3:00 p.m. Arizona time.  No speaker or cell phone appearances are permitted.

DATED this 1st day of March, 2013.

_____
Roslyn O. Silver
Chief United States District Judge